UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CONTINENTAL CASUALTY COMPANY,    :
                                                  :
                            Plaintiffs,         :
                                                  :
        -against-                              :          22-CV-7044 (VSB)
                                                  :
MITCHELL H. KOSSOFF; PAOLA       :          **ORDER**
ARZENO-BARBANO; CARLA Y.           :
BUCHANAN; MICHAEL I. COHEN;       :
MICHAEL F. CUTTITTA; MATTHEW     :
EIBEN; ASHLEY R. ELEM; VLADIMIR   :
FAVILUKIS; STACIE B. FELDMAN;       :
ALEXANDER FOTOPOULOS; DANA B.  :
FRIEDMAN; JOSEPH GOLDSMITH;       :
BESSIE HADJIGEORGHI; RANAKDEVI  :
LONDONER; DAWN R. MYERS; ERIC    :
PITTER; JENNIFER RABIZADEH;         :
ANTHONY J. RODRIGUEZ, JR.; OLGA   :
SOMERAS; NICOLE SOSNOWSKI;        :
STEVEN Y. STEINHART; MARINA M.     :
THEODORIS; OLGA TZORTZATOS;        :
LISA BREIER URBAN,                         :
                                                  :
                            Defendants.    :
-------------------------------------------------------------X

VERNON S. BRODERICK, District Judge:

        Plaintiff Continental Casualty Company sued 24 parties seeking a declaratory judgment.

Since the complaint has been filed, 13 of these parties have been dismissed.  (Docs. 16, 18, 24,

26, 39.)  Four parties have waived service, (Docs. 32–35), four parties have been served (Docs.

30, 31, 36, 37), and one party (Joseph Goldsmith) has answered, (Doc. 27.)  Proof of service has

not yet been made for two parties: Olga Someras and Olga Tzortzatos.

        Parties who were served and did not waive service were served between December 26,

2022, and November 1, 2022.  Thus, the last possible date for these defendants to answer the

Complaint was November 22, 2022.  Parties who waived service were required to respond within

60 days of September 14, 2022, *i.e.*, by November 13, 2022.  Only Goldsmith has responded.

To aid me in adjudicating this dispute efficiently, Plaintiff shall file a status letter by

December 1, 2022.  That status letter shall state

1.  If Plaintiff requires additional time to serve Someras and Tzortzatos, or, alternatively, if Plaintiff objects to dismissing Someras and Tzortzatos pursuant to Fed. R. Civ. P. 4(m);

2.  If Plaintiff will more for default judgment against defendants who have not answered and when Plaintiff will so move; and

3.  Whether I should direct Plaintiff and Goldsmith to meet-and-confer to determine a case management plan.

Plaintiff and Goldsmith shall meet-and-confer and provide a joint answer to this third

question as part of Plaintiff's status letter.

SO ORDERED.


Dated: November 28, 2022
        New York, New York

Vernon S. Broderick
United States District Judge