UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,           :
                                        :
                        Plaintiffs,     :
                                        :
                -against-               :                22-CV-7044 (VSB)
                                        :
MITCHELL H. KOSSOFF; PAOLA              :                **ORDER**
ARZENO-BARBANO; CARLA Y.                :
BUCHANAN; MICHAEL I. COHEN;             :
MICHAEL F. CUTTITTA; MATTHEW            :
EIBEN; ASHLEY R. ELEM; VLADIMIR         :
FAVILUKIS; STACIE B. FELDMAN;           :
ALEXANDER FOTOPOULOS; DANA B.           :
FRIEDMAN; JOSEPH GOLDSMITH;             :
BESSIE HADJIGEORGHI; RANAKDEVI          :
LONDONER; DAWN R. MYERS; ERIC           :
PITTER; JENNIFER RABIZADEH;             :
ANTHONY J. RODRIGUEZ, JR.; OLGA         :
SOMERAS; NICOLE SOSNOWSKI;              :
STEVEN Y. STEINHART; MARINA M.          :
THEODORIS; OLGA TZORTZATOS;             :
LISA BREIER URBAN,                      :
                                        :
                        Defendants.     :
-------------------------------------------------------- X

VERNON S. BRODERICK, District Judge:

An amended complaint was filed in this action on August 14, 2023.  (Doc. 64.)  It was

served on Mitchell H. Kossoff on August 22, 2023, making the last date to respond to the

amended complaint September 12, 2023, (Doc. 67).  To date, no one has responded.

Accordingly, by September 29, 2023, Plaintiff shall meet and confer with Defendants, and

submit a joint letter proposing next steps for the adjudication of this action.  I recognize that

Kossoff is currently incarcerated and that it may therefore not be possible to secure his

participation in the meet and confer process.

The status letter may therefore be submitted without consultation with Kossoff if securing

his participation is not possible.

SO ORDERED.

Dated:   September 19, 2023
         New York, New York

VERNON S. BRODERICK
United States District Judge