UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,           :
                                        :
                    Plaintiff,          :
                                        :
            -against-                   :         22-CV-7044 (VSB)
                                        :
MITCHELL H. KOSSOFF, STACIE B.          :         **ORDER**
FELDMAN, JOSEPH GOLDSMITH,              :
ALBERT TOGUT, *Not Individually but Solely* :
*in His Capacity as Chapter 7 Trustee of the*  :
*Estate of Kossoff PLLC*,               :
                                        :
                    Defendants.         :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    Due to a conflict in the Court's schedule, the post-discovery conference scheduled for June 18, 2024, (Doc. 91), is hereby rescheduled to June 20, 2024 at 1:00 p.m.

SO ORDERED.

Dated:   June 11, 2024
           New York, New York

                                              Vernon S. Broderick
                                              United States District Judge