UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY,                :
                                             :
                            Plaintiff,       :
                                             :
            -against-                        :          22-CV-7044 (VSB)
                                             :
MITCHELL H. KOSSOFF, STACIE B.               :            **ORDER**
FELDMAN, JOSEPH GOLDSMITH,                   :
ALBERT TOGUT, *Not Individually but Solely*  :
*in His Capacity as Chapter 7 Trustee of the* :
*Estate of Kossoff PLLC*,                    :
                                             :
                            Defendants.      :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

　　For the reasons stated on the record at the June 20, 2024 post-discovery conference, it is hereby

　　ORDERED that the parties shall (1) meet and confer regarding a proposed briefing schedule for any anticipated motions for summary judgment, and (2) file a letter advising the Court as to the agreed-upon schedule by no later than July 8, 2024.  The letter shall also include Plaintiff's proposed timing for its anticipated application for default judgment against Defendant Mitchell H. Kossoff.

SO ORDERED.

Dated:　June 20, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge